**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

RECEIVED

APR - 1 2015

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

Kenneth Day Seas Jr )
7618 S. Kingston 1E )
Chicago, IL 60649 )
(Name of the plaintiff or plaintiffs) )

CIVIL ACTION

v.

N 1:15-cv-02868
Judge John Robert Blakey
Magistrate Judge Maria Valdez

Advocate Health Care )
3075 Highland Parkway )
Downers Grove, IL 60515 )
(Name of the defendant or defendants) )

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. This is an action for employment discrimination.

2. The plaintiff is Kenneth Day Seas Jr of the county of Cook Country in the state of Illinois .

3. The defendant is Advocate Health Care , whose street address is 3075 Highland Parkway ,
(city) Downers grove (county) Dupage (state) IL (ZIP) 60515
(Defendant's telephone number) (708) 684·6501

4. The plaintiff sought employment or was employed by the defendant at (street address)
4440 West 95th St (city) Oak Lawn
(county) Cook (state) IL (ZIP code) 60453

5. The plaintiff [*check one box*]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
(month)____12____, (day)___25___, (year)___2014___.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a) The defendant is not a federal governmental agency, and the plaintiff [*check
one box*] ☐ *has not* ☐ *has* filed a charge or charges against the defendant
asserting the acts of discrimination indicated in this complaint with any of the following
government agencies:

(i) ☐ the United States Equal Employment Opportunity Commission, on or about
(month)_____ (day)_____ (year)_____.

(ii) ☒ the Illinois Department of Human Rights, on or about
(month)___04___ (day)___16___ (year)___204___.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois
Department of Human Rights to cross-file with the other agency all charges received. The
plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the
defendant asserting the acts of discrimination indicated in this court complaint.

☐　　Yes (month)_____ (day)_____ (year) _____

☒　　No, did not file Complaint of Employment Discrimination

(b)　　The plaintiff received a Final Agency Decision on (month)_____
(day) _____ (year) _____.

(c)　　Attached is a copy of the

(i)　Complaint of Employment Discrimination,

☒ YES　　☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☒ YES　　☐ NO, but a copy will be filed within 14 days.

8.　　*(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a)☐　　the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue.*

(b)☐　　the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue*, which was received by the plaintiff on

(month)_____ (day)_____ (year)_____ a copy of which

*Notice* is attached to this complaint.

9.　　The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a)☐　　Age (Age Discrimination Employment Act).

(b)☐　　Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☒ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

4

_____

_____

_____

_____

13.    The facts supporting the plaintiff's claim of discrimination are as follows:

EEOC _____

_____

_____

_____

_____

_____

14.    [*AGE DISCRIMINATION ONLY*]  Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.    The plaintiff demands that the case be tried by a jury. ☒ YES    ☐ NO

16.    THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐    Direct the defendant to hire the plaintiff.

(b) ☐    Direct the defendant to re-employ the plaintiff.

(c) ☐    Direct the defendant to promote the plaintiff.

(d) ☐    Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒    Direct the defendant to (specify): SETTLE _____

_____

_____
_____
_____
_____

(g) If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_Kenneth x Seal Jr_

(Plaintiff's name)

_Kenneth May Seals JR_

(Plaintiff's street address)

_KENNEANN'S KENNETH JAY SEALS JR_

_7618 S. Kingston 1E_

(City) _Chicago_ (State) _IL_ (ZIP) _60649_

(Plaintiff's telephone number)

_312 973·6666_

Date: _04/01/2015_

6

# CHARGE OF DISCRIMINATION

| | |
|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. | **AGENCY**<br>☒ IDHR |
| #14W0416.02 | ☐ EEOC |

**CHARGE NUMBER**

2014CF2690

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) |
|---|---|
| **Mr. Kenneth Seals** | **(312) 420-7300** |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| **7243 S. Bennett Avenue, Apt. 3B** | **Chicago, Illinois 60649** | / /<br>M   D   YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE NUMBER (include area code) |
|---|---|---|
| **Advocate Christ Medical Center** | 15+ | **(708) 684-8000** |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| **4440 W. 95th Street** | **Oak Lawn, Illinois 60453** | **Cook** |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)   LATEST (ALL) |
|---|---|
| **Sex       Sexual Orientation** | / /       **11/16/13**<br>☐ CONTINUING ACTION |

**THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:**

**I.   A.   ISSUE/BASIS**

> **UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT – NOVEMBER 16, 2013, BECAUSE OF MY SEX, MALE**

**B.   PRIMA FACIE ALLEGATIONS**
1. **My sex is male.**

2. **My job performance as housekeeper meets Respondent's expectations.  I was hired on September 23, 2013.**

Page 1 of 2

| | |
|---|---|
| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br>THIS 16th DAY OF April, 2014.<br><br>NOTARY SIGNATURE |

OFFICIAL SEAL<br>RAQUEL C GUERRA<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:05/17/16

X _____     April 16, 14
SIGNATURE OF COMPLAINANT          DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

NOTARY STAMP

EEO-5 FORM (Rev. 7/12-INT)

Charge Number: 201 2F2690
Complainant: Kenneth Seals
Page 2 of 2

3. On November 16, 2013, I was subjected to unequal terms and conditions of employment by Christopher Shank (male), Supervisor, who removed me from my job assignment in the Operating Room to a floor assignment. No reason was given.

4. Respondent's negative employment action was because I do not conform to Respondent's gender-stereotype of a biological male at birth.

II.    A.    ISSUE/ BASIS
UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT –
NOVEMBER 16, 2013, BECAUSE OF MY SEXUAL ORIENTATION,
HOMOSEXUAL

B.    PRIMA FACIE ALLEGATIONS

1. My sexual orientation is homosexual.

2. My job performance as housekeeper meets Respondent's expectations. I was hired on September 23, 2013.

3. On November 16, 2013, I was subjected to unequal terms and conditions of employment by Christopher Shank (heterosexual ), Supervisor, who removed me from my job assignment in the Operating Room to a floor assignment. No reason was given.

4. Similarly situated heterosexual employees were not removed from their job assignment under similar circumstances.

MFP/TFR/mfp

STATE OF ILLINOIS )
)  ss
COUNTY OF COOK )

FILE NO (S) 2014CF2690

## AFFIDAVIT OF SERVICE

Benetta M. Davies, deposes and states that she served a copy of the attached

**NOTICE OF DISMISSAL FOR LACK OF SUBSTANTIAL EVIDENCE** on each person

named below by depositing same this 6th day of January, 2015, in the U.S. Mail Box at

100 West Randolph Street, Chicago, Illinois, properly posted for FIRST CLASS MAIL,

addresses as follows:

Gary Martoccio
Spielberger Law Group
202 S. Hoover Blvd.
Tampa, FL 33609

Mary Ellen Cherry
Advocate Health Care
3075 Highland Parkway
Suite 600
Downers Grove, IL 60515

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

Benetta M. Davies

## PLEASE NOTE:

The above-signed person is responsible only for mailing these documents. If you wish a review of the findings in this case you must complete the Request for Review form attached. Department staff are not permitted to discuss the investigation findings once a Notice of Dismissal has been issued.

STATE OF ILLINOIS
DEPARTMENT OF HUMAN RIGHTS

IN THE MATTER OF:

KENNETH SEALS,                          )
                                        )
                                        )
              COMPLAINANT,              )          CHARGE NO.   2014CF2690
                                        )          EEOC NO.   21BA41406
AND                                     )
                                        )
ADVOCATE CHRIST MEDICAL                 )
CENTER,                                 )
                                        )
                                        )
              RESPONDENT.               )

## NOTICE OF DISMISSAL
## FOR LACK OF SUBSTANTIAL EVIDENCE

Gary Martoccio                    Mary Ellen Cherry
Spielberger Law Group             Advocate Health Care
202 S. Hoover Blvd.               3075 Highland Parkway
Tampa, FL  33609                  Suite 600
                                  Downers Grove, IL  60515

DATE OF DISMISSAL:  January 6, 2015

1.    YOU ARE HEREBY NOTIFIED that based upon the enclosed investigation
      report, the DEPARTMENT OF HUMAN RIGHTS (DHR) has determined that
      there is NOT substantial evidence to support the allegations of the charge(s).
      Accordingly, pursuant to Section 7A-102(D) of the Human Rights Act (775 ILCS
      5/1-101 et. seq.) and its Rules and Regulations (56 Ill. Adm. Code. Chapter II,
      Section 2520.560), the charge is HEREBY DISMISSED.

2.    If Complainant disagrees with this action, Complainant may:

      a)  Seek review of this dismissal before the Illinois Human Rights Commission,
          100 West Randolph Street, Suite 5-100, Chicago, Illinois, 60601, by filing a
          "Request for Review" with the Commission by the request for review filing
          date below.  Respondent will be notified by the Human Rights Commission if
          a Request for Review is filed.

## REQUEST FOR REVIEW FILING DEADLINE DATE:  April 13, 2015

      Or,

      b)  Commence a civil action in the appropriate state circuit court within ninety
          (90) days after receipt of this Notice.  A complaint should be filed in the circuit
          court in the county where the civil rights violation was allegedly committed.



**metropolitan**
**family services**
—— SOUTHEAST CHICAGO ——

3062 EAST 91ST STREET | CHICAGO, IL 60617
PH: 773-371-2900 | F: 773-371-2960
www.metrofamily.org

Kenneth Seals
7618 S. Kingston 1E
Chicago IL 60649

September 12, 2014

Re: Kenneth Seals
Birthdate: 12/14/1987

Dear Mr. Seals:

This letter verifies that you initiated mental health services at Metropolitan Family Services today (12/18/14 at 2:00pm) by attending your first assessment session. Your second session is scheduled for 12/26/14 at 1:30pm and your initial psychiatric evaluation with Dr. Morris Blount is scheduled for January 27th 2015 at 10:00am.

If you need assistance or have any questions, feel free to call me at 773-371-2942.

Cordially Yours,

Marvin Dandridge LCPC, LPHA
Metropolitan Family Services/AMH

*families mpowered to learn. to earn. to heal. to thrive.*



## Please bring the following to your intake appointment

- Name and contact information for Primary care physician and medical specialists
- List of prescription and over-the-counter medications you are currently taking
- List of any supplements or herbal remedies you are currently taking
- Documentation of past mental health treatment or psychiatric hospitalizations
- Name of previous psychiatrist, therapist, social worker, etc.
- Names of previous psychiatric medications you have taken
- Pharmacy name and contact information
- Name and contact information for probation/parole officer
- Name and contact information for other providers who may be involved in your treatment

*families **m** powered to learn. to earn. to heal to thrive*

# Welcome to Metropolitan Family Services

The Adult Mental Health program is a counseling and recovery program that offers a range of mental health services to assist you in achieving personal and treatment related goals, and creating a meaningful life.



Eligibility for program admission includes:
- o  Adults 18 and older who are seeking mental health services

How we can help:
- o  Evaluate your need for services
- o  Develop a plan for treatment
- o  Work towards your goals
- o  Find appropriate resources for you

### Why so much paperwork?

Many factors influence the amount of paperwork that is required, including requirements dictated by health insurance companies, as well as state and federal rules and laws. You can expect that your assessment will be updated once a year and your treatment plan will be updated every 6 months.

### Consumer, patient, client. What's the difference?

These are all different words to describe an individual receiving mental health services.

### What if I move, change my phone number or change health insurance?

You are responsible for telling Metropolitan of any change in your address or phone number. Please let the front desk or your therapist know of the change. We also require that you inform us of any change in your health insurance, as soon as possible. A change in health insurance may affect the type of service you can receive, or your ability to continue to receive services at all, at Metropolitan.

### Would I ever be asked to the leave the program?

You may be asked to leave the program if:

- ○ You only want medication services (doctor only).
- ○ You are unable to participate in recommended treatment services.
- ○ You have acted aggressively or inappropriately and are a risk to other consumers and staff.
- ○ You have other conditions in addition to a mental health disorder, but you are unwilling to follow up with treatment for the other conditions. For instance, if you have a substance abuse problem, you are required to seek substance abuse treatment in addition to participating in mental health treatment at Metropolitan Family Services.
- ○ Services are no longer benefiting you.
- ○ Your needs cannot be met within a community mental health center and another provider is available to provide appropriate treatment.

### Can I still get services if I have other conditions?

We value the importance of taking care of overall health needs as well as mental health needs. If you have problems with the following conditions, you are required to participate in treatment outside of Metropolitan Family Services for these conditions, in addition to participating in mental health treatment. This is a condition of enrollment and continued participation at Metropolitan Family Services.

- ○ Using or abusing substances
- ○ Eating disorders
- ○ Medical complications
- ○ Cognitive impairments or developmental disabilities

4

### Is there a fee for services?

Adult Mental Health services at Metropolitan Family Services are not free. Metropolitan Family Services will accept the following payment arrangements for services:

- Medicaid (standard plan, and selected Managed Care/HMO plans)
- Medicare (standard plan, and selected Managed Care/HMO plans)
- Private Insurance (PPO)
- Tri-Care, CHAMPS VA
- Metropolitan Family Services (MFS) can also provide limited services to individuals who have no health insurance. Individuals who are uninsured will be assisted to apply for health insurance while a client at MFS. However, MFS does not accept all health insurance plans, which may affect a client's ability to receive services from MFS.

Because each health insurance plan determines what services they will pay for and the amount you must contribute (i.e., co-pay, deductible), the services you may be eligible to receive may differ from what another consumer is eligible to receive. Your contribution (i.e., co-pay, deductible) will be discussed during the financial registration process. If you have health insurance which does not pay for group services, you may be eligible to pay out of pocket, at a sliding scale rate, to attend group services. If you choose to enroll in a health insurance plan that Metropolitan Family Services does not accept, you will be referred to your health plan for assistance with finding a provider who accepts your health insurance plan and you will be discharged from Metropolitan.

### How will I know if I have an outstanding bill?

Billing statements are mailed to you at the address on file, on a monthly basis. Metropolitan Family Services does not charge interest on unpaid bills. Payments are applied to the oldest charges on the bill first. You are expected to pay co-pays at time of service. If you have an outstanding bill, you are expected to make a good faith effort to pay off outstanding balances. Front desk staff will make verbal reminders to you about any outstanding fees, at time of service. If you have an outstanding balance at the time you complete services/your case is closed, you will be asked to pay the balance in full prior to receiving services in the future.

### How does it work if I have a Medicaid spend down?

If you have Medicaid with a spend down, you are expected to meet that spend down, and are responsible for paying for all services when the Medicaid spend down is not met.

**Page 2**
**Notice of Dismissal for Lack of Substantial Evidence**
**2014CF2690**

> **If you intend to exhaust your State remedies, please notify the Equal Employment Opportunity Commission (EEOC) immediately. The EEOC generally adopts the Department's findings.** The Appellate Courts in Watkins v. Office of the State Public Defender, ___ Ill.App.3d ____, 976 N.E.2d 387 (1st Dist. 2012) and Lynch v. Department of Transportation, ___ Ill.App.3d ___, 979 N.E.2d 113 (4th Dist. 2012), have held that discrimination complaints brought under the Illinois Human Rights Act ("IHRA") against the State of Illinois **in the Illinois Circuit Court** are barred by the State Lawsuit Immunity Act. (745 ILCS 5/1 et seq.). Complainants are encouraged to consult with an attorney prior to commencing a civil action in the Circuit Court against the State of Illinois.

**Please note that the Department cannot provide any legal advice or assistance. Please contact legal counsel, your city clerk, or your county clerk with any questions.**

3. Complainant is hereby notified that the charge(s) will be dismissed with prejudice and with no right to further proceed if a timely request for review is not filed with the Commission, or a written complaint with the appropriate circuit court.

4. If an EEOC charge number is cited above, this charge was also filed with the Equal Employment Opportunity Commission (EEOC). If this charge alleges a violation under Title VII of the Civil Rights Act of 1964, as amended, or the Age Discrimination in Employment Act of 1967, Complainant has the right to request EEOC to perform a Substantial Weight Review of this dismissal. Please note that in order to receive such a review, it must be requested in writing to EEOC within fifteen (15) days of the receipt of this notice, or if a request for review is filed with the Human Rights Commission, within fifteen days of the Human Rights Commission's final order. Any request filed prior to your receipt of a final notice WILL NOT BE HONORED. Send your request for a Substantial Weight Review to EEOC, 500 West Madison Street, Suite 2000, Chicago, Illinois 60661. Otherwise, EEOC will generally adopt the Department of Human Rights' action in this case.

**PLEASE NOTE: BUILDING SECURITY PROCEDURES PRESENTLY IN PLACE DO NOT PERMIT ACCESS TO EEOC WITHOUT AN APPOINTMENT. IF AN APPPOINTMENT IS REQUIRED, CALL 312-869-8000 OR 1-800-669-4000.**

DEPARTMENT OF HUMAN RIGHTS

HB1509/HB59
NOD/LSE
12/10

STATE OF ILLINOIS
HUMAN RIGHTS COMMISSION

IN THE MATTER OF:

KENNETH SEALS,

           COMPLAINANT,

AND

ADVOCATE CHRIST MEDICAL
CENTER,

           RESPONDENT.

CHARGE NO.  2014CF2690
EEOC NO.   21BA41406

## REQUEST FOR REVIEW

Gary Martoccio
Spielberger Law Group
202 S. Hoover Blvd.
Tampa, FL 33609

Mary Ellen Cherry
Advocate Health Care
3075 Highland Parkway
Suite 600
Downers Grove, IL 60515

TO:  Gary Martoccio

DATE:  January 6, 2015

REQUEST FOR REVIEW FILING DEADLINE DATE:  April 13, 2015

       I hereby request that the Department of Human Rights' (DHR) dismissal of the charge be reviewed by the Illinois Human Rights Commission.

Complainant's Current Address (please print clearly):

_____Apt/Unit #_____

City_____ State_____Zip_____Phone (____)_____

**Page 2**
**REQUEST FOR REVIEW**
**2014CF2690**

## TO REQUEST INVESTIGATION FILE:

The Department's investigation file may be reviewed or copied upon request once the Department's investigation is completed. The Department is not responsible for copy service fees. **A minimum of 3 business days' notice is required.** Call (312) 814-6262 to make arrangements.

## REQUEST FOR REVIEW INSTRUCTIONS:

IN THE SPACE PROVIDED BELOW, YOU <u>MUST</u> LIST AND DESCRIBE THE SPECIFIC REASONS THAT THE CHARGE SHOULD NOT HAVE BEEN DISMISSED. If applicable, you may write on the back of this form or attach additional information or documents, which support your Request for Review. You may review your investigation file, to help you prepare your request by calling 312-814-6262 or 217-785-5100.

_____

SIGNATURE                                     DATE

**YOU MUST ENCLOSE THE ORIGINAL AND THREE COPIES, INCLUDING SUPPORTING DOCUMENTS, OF YOUR ENTIRE REQUEST AND SIGN, DATE AND HAVE THIS FORM POSTMARKED OR HAND DELIVERED BY THE FILING DEADLINE DATE ABOVE, TO:**

Illinois Human Rights Commission, 100 West Randolph Street, Suite 5-100, Chicago, IL 60601.

**Please note that pursuant to Section 5300.410 of the Commission's Procedural Rules, except by permission of the Commission, the request, argument and supporting materials shall not exceed 30 pages.**

**Further, note that pursuant to *56 Ill. Admin. Code § 5300.40(b)* of the Commission's Procedural Rules, all arguments in support of the Request for Review must be written on 8 ½ x 11 paper. Any argument submitted on non-conforming paper (such as a "post-it" note) will not be considered part of the Request for Review, and will be disregarded by the Commission.**

**THIS FORM MAY NOT BE SENT VIA TELEFAX.**
HB1509/HB59 HRC R/R 01/14

**STATE OF ILLINOIS**
**DEPARTMENT OF HUMAN RIGHTS**
**INVESTIGATION REPORT**

| | | | |
|---|---|---|---|
| **Complainant:** | Kenneth Seals | **IDHR No.:** | 2014CF2690 |
| **Respondent:** | Advocate Christ Medical Center | **EEOC No.:** | 21BA41406 |

**Investigator:** <u>WPS</u>  **Supervisor:** _____ **Date:** 12-24-14

**Issue/Basis:**
A. Unequal Terms and Conditions of Employment/sex, male
B. Unequal Terms and Conditions of Employment/sexual orientation/homosexual

**Finding:**
A. Closed

B. Lack of substantial evidence

**Jurisdiction:**

| | | |
|---|---|---|
| Alleged violation: | A & B | November 16, 2013 |
| Charge filed: | | April 16, 2014 |
| Charge perfected: | | April 16, 2014 |
| Amendments: | | None |
| Number of employees: | | 5978 |

**Verified Response:**

Due: June 27, 2014
Received: June 23, 2014
Timely: <u> X </u> Untimely: ___
If untimely, good cause shown: Yes ___ No ___ **(Group Exhibit A)**

**Employment Data:**

Respondent's EEO report indicates it employs 5978 individuals; 976 (16%) male and 5002 (84%) female. Respondent does not maintain data on its employee's sexual orientation.

**Uncontested Facts:**

1. Respondent is a hospital which provides full health services.

2. Complainant was hired by Respondent as a housekeeper on September 23, 2013.

3. Complainant had the least seniority of the housekeepers in the operating room.

Charge No.: 2014CF2690
Page 2 of 6

## Complainant's Allegations-Count B:

Complainant, a housekeeper, alleges he was subjected to unequal terms and conditions of employment when he was removed from his job assignment in the operating room (OR), and assigned to the main floor. Complainant alleges he was subjected to unequal terms and conditions of employment because of his sexual orientation, homosexual. Complainant alleges that non-homosexuals were not removed from their job assignments under similar circumstances. Complainant alleges that his job performance as a housekeeper met Respondent's expectations.

## Respondent's Defenses-Count B:

Respondent denies it subjected Complainant to unequal terms and conditions of employment because of his sexual orientation, homosexual. Respondent's legitimate articulated non-discriminatory reason it changed Complainant's assignment was because an evaluation of full-time equivalents, (FTEs) such as Complainant it was determined that it was necessary to reduce the number of FTEs in specific areas such as the operating room and certain shifts because of budgetary reasons, and reassign FTEs to other areas. Respondent was transferred because he had the least seniority in the OR, and because of his behavioral and performance issues.

## Investigation Summary-Count A:

A.   **Complainant's Evidence.**

1.   Complainant stated that on October 25, 2013, he sent a picture of thrash left by the previous shift to his Supervisor Anthony Griffin (non-homosexual). Complainant stated that Griffin asked him why he was in an area he was not assigned to and told him if you don't like what's going on in the operating room maybe you can find a new job. Complainant stated that in early January 2014, he was moved from the OR to the main floor. Complainant stated that Griffin told him he was moved because of budget cuts. Complainant stated that on another occasion, he doesn't remember the date, Griffin told him he had been removed from the OR because he was gay. Complainant stated that after he was moved to the main floor he was told around March 4, 2014, by Vicky Herrera (non-homosexual), housekeeper, and Sterlin Holloway (non-gay), housekeeper, that he had been removed from the OR because he is gay.

2.   Complainant stated that he was harmed by the move because he got along well the people he worked with in the OR who were comfortable with his sexual orientation. Complainant stated that after he was transferred from the OR he had to deal with the public and co-workers who discriminated against him because he was gay. Complainant stated that on June 4, 2014, after he returned from lunch he found that milk had been spilled over his cleaning cart and someone had written on his Discharge Daily Log "Fuck you Fag" **(Exhibit C)**. Complainant stated that he reported the incident to Security Officer N. Gaynor (Sexual orientation unknown), but since there were no witnesses nothing could be done about the incident.

Charge No.: 2014CF2690
Page 3 of 6

3. Complainant stated that he did not know if any non-gays were transferred out of the OR at the time he was. Complainant conceded that he had the least seniority of the housekeepers in the OR. Complainant stated that he was subjected to unequal terms and conditions of employment when he was moved from the OR to the main floor because of his sexual orientation homosexual.

4. Warren Johnson (male, non-homosexual), housekeeper, stated that he started at the same time as Complainant and they were both full-time housekeepers in the OR, but worked on different shifts. Johnson stated that all of a sudden they were both transferred out of the OR to the main floor. Johnson stated that they had been the only males working as housekeepers in the OR. Sterlin Holloway (non-homosexual), told Complainant that they did not want gays in the OR. Johnson stated that Anthony Griffin (non-homosexual), Complainant's Supervisor, also made the same comment. Johnson stated that Complainant went to Human Resources and asked them why he was being moved and they told him it was because he had attendance and performance issues. Johnson stated that Complainant went back to Human Resources and they told him Respondent was starting a new unit, discharge, and they need full-time staff in that unit. Johnson stated that shortly after Complainant was moved from OR two Hispanics were transferred into OR and Griffin stated this is more like it, we have some regular people in the OR. Johnson stated that it was difficult for Complainant to work in a new area because he had a routine in OR and he had worked with people he got along well with.

5. Vicky Herrera (non-homosexual), housekeeper, stated that she thinks Complainant was treated unfairly. Herrera stated that Complainant started making complaints about the way things were being done in the OR and they kicked him out. Herrera stated that she heard that Anthony Griffin Complainant's supervisor said that Complainant was a she-male. Herrera stated that Complainant had legitimate complaints that other employees were giving him trouble.

B. **Respondent's Evidence:**

1. Abigail Oman (non-homosexual), Human Resources Consultant, stated that Respondent's EEO Policy **(Exhibit D)**, states that consistent with Respondent's philosophy of Human Ecology and Respondent's values Respondent's policy is to ensure that in every interaction with its associates Respondent acts fairly, is conscious of biases and employs people without regard to their race, color, creed, ethnicity, gender, age, sexual orientation or disabilities. Oman stated that Housekeepers are not given permanent assignments but are assigned according to Respondent's needs.

2. Christopher Skalnic (non-homosexual), Supervisor, stated that Respondent determined it was necessary to reduce its 2014 budget by approximately 2,500,000 **(Exhibit E).** Skalnic stated that during an evaluation of the allocation of the full-time equivalents (FTEs) it was determined that it was necessary to reduce the number of FTEs in specific areas of the environmental Services Department (EVS) and on

Charge No.: 2014CF2690
Page 4 of 6

certain shifts within the EVS. Skalnic stated that a total of twenty-two EVS Associates assigned to the Operating Room area were involved in a 2013 restructure which directly impacted a total of four EVS Associates including Complainant. Skalnic stated that Shada Mager (non-homosexual), was moved from the second shift to the third shift in the OR and Complainant, Warren Johnson (non-homosexual, and Joseph Butler (non-homosexual), were moved from the OR to the main floor. Skalnic stated that during 2013-2014 there were 42 shift changes, assignment changes and start-time changes within the Environmental Services Department **(Exhibit F).**

3. Oman stated that while in the OR Complainant received an employee coaching on November 29, 2013, for his intimidating behavior towards his co-workers; because he frequently questioned them about their daily responsibilities and created a hostile environment. Oman stated that on December 13, 2013, an e-mail was sent from Elena Sicairos (non-homosexual), housekeeper, to Complainant's Supervisor Anthony Griffin (non-homosexual), complaining about Complainant's note taking, intimidating manner, and spending much of his time on his cell phone, also on December 13, 2013, Belinda Jonnionis (non-homosexual), housekeeper, complained about Complainant's note taking on how the first shift was working **(Group Exhibit G).**

4. Oman stated that the reason Complainant was chosen to be transferred from the OR was because he had the least seniority and because of his behavioral and performance issues.

C. **Complainant's Rebuttal.**

1. Complainant denied that he intimidated his co-workers or created a hostile work environment. Complainant stated that he got along well with his co-workers in the OR and that is why he was upset about being transferred out of the OR to the main floor.

**Analysis:**

The investigation revealed that Respondent's EEO Policy, states that consistent with Respondent's philosophy of Human Ecology and Respondent's values Respondent's policy is to ensure that in every interaction with its associates Respondent acts fairly, are conscious of biases and employ people without regard to their race, color, creed, ethnicity, gender, age, sexual orientation or disabilities. Complainant maintains that he was subjected to unequal terms and conditions of employment when he was removed from his job assignment in the operating room and assigned to the main floor. Complainant maintains that he was subjected to unequal terms and conditions of employment because of his sexual orientation, homosexual, and that non-homosexuals were not removed from their assignments under similar circumstances. Respondent denies that it subjected Complainant to unequal terms and conditions of employment because of his sexual orientation, homosexual. Respondent's position is that because an evaluation of full-time equivalents, (FTEs) such as Complainant it was determined that it was necessary to reduce the number of FTEs in specific areas such as the operating room and certain shifts because of budgetary reasons, and reassign FTEs to other areas. Respondent's position is the reason Complainant was chosen to be transferred from the OR was because he had the least

Charge No.: 2014CF2690
Page 5 of 6

seniority and because of his behavioral and performance issues. The investigation revealed that two non-homosexuals were transferred out of the OR to the main floor the same time Complainant was transferred. The investigation revealed during 2013-2014 there were 42 shift changes, assignment changes and start-time changes within the Environmental Services Department.

## Findings and Conclusion-Count A:

A finding of **Lack of Substantial Evidence** is recommended because:

The evidence shows that Complainant was transferred from the Operating Room to the main floor because he had the least seniority in the Operating Room and because of his behavioral and performance issues. The evidence shows two non-homosexuals were transferred out of the OR to the main floor the same time Complainant was transferred. The evidence shows that during 2013-2014 there were 42 shift changes, assignment changes and start-time changes within the Environmental Services Department. The investigation did not find nor did Complainant provide evidence that Complainant was subjected to unequal terms and conditions of employment because of his sexual orientation, homosexual.

## Witness List:

A. Complainant     FFC
   C/o Brittany Fitzgibbon
   Spielberger Law Group
   202 S. Hoover Blvd.
   Tampa FL 33609
   (800) 965-1570 ex 116

B. Abigail Oman (non-homosexual), Human Resources Consultant    FFC
   C/o Mary Ellen Cherry, Associate General Consul
   Advocate Health Care
   3075 Highland Parkway, Suite 600
   Downers Grove, IL 60615
   (630) 929-8142

C. Christopher Skalnic (non-homosexual), Supervisor    FFC
   C/o Mary Ellen Cherry, Associate General Consul
   Advocate Health Care
   3075 Highland Parkway, Suite 600
   Downers Grove, IL 60615
   (630) 929-8142

D. Warren Johnson (non-homosexual) housekeeper    telephone interview 12/2/14
   (708) 262-9389

E. Vicky Herrera (non-homosexual) housekeeper    telephone interview 12/4/14
   (773) 837-7532

Charge No.:  2014CF2690
Page 6 of 6

## Exhibits:

A.  Verified Response and Good Cause Determination.
B.  Respondent's EEO report.
C.  Complainant's Discharge Daily Log.
D.  Respondent's EEO Policy.
E.  Respondent EVS Budget Reductions Feasibility Assessment.
F.  Environmental Services Department 2013-2014 changes.
G.  Co-workers complaints about Complainant and Complainant coaching.

IRSHELL
Rev 11/09

5/17/14

To whom it may Concern:

       I Vicky Harrara Started Working for Christ Advocate on September 23, 2013. The new employees was given one week of Orientation training nursing

Director of the O.R.
n supervisor for
demeaning and
nich Mr. Griffin had
nce policy.

other employees which
te Christ Hospital who
divulging her medical
rrera returned to work
Mr. Griffin he then
e. He then stated that
ion that she was given

vhen Maria started
o repeat that because
then stated that Tony
did not realize that she
arate occasion Anthony
s who had also worked
sked me what I had

thought about Kenneth and I stated to him he's doing the job. Anthony Tony Griffin then stated to me you know he's a she male. There are other continual incidents that needs to be discussed in person.

To Whom It May Concern:

Kenneth Seals worked in the OR of Advocate Christ Medical Center as EVS TECH I and while working in the OR, I was his team leader.

Kenneth met all the expectations of the job and worked well with others (co workers, nurses, doctors).

I was sorry to learn that he was being transferred to the main housekeeping department.

```
"OFFICIAL SEAL"
RAQUEL CARDENAS
Notary Public, State of Illinois
My Commission Expires July 13, 2015
Commission No. 752307
```

x _Sterling Wilson_

7 - 12 - 2014
Date

Subscribed and sworn to before me
this 12th day of July 2014
at Oak Lawn, County of Cook, State of Illinois.

Notary Public: _Raquel Cardenas_

# WARREN D. JOHNSON

July 8, 2014

To Whom It May Concern:

I am writing this letter as a character reference for Mr. Kenneth Seals, an Environmental Service Technician I for Advocate Health Care assigned to Christ Medical Center in Oak Lawn, Illinois

Mr. Seals and I started working for Advocate Heath Care in September 2013 and were assigned to the sub-department of Surgery and placed in the operating room also known as the OR . Mr. Seals is a quick learner; embraces change and adheres to all polices; procedures and guidelines.

During the time we worked in the OR Mr. Seals received nothing but high praise for his quick turnover of rooms and his attention to detail. On several occasions other environmental associates would come to him for suggestions on making better outcomes of their rooms.

Mr. Seal's is a very direct and brutality honest person; he is open to change and positive reinforcement. A person that is loyal to family; dedicate to working hard and offers hope and encouragement for friends and associates a like.

There was never any performance issues with anyone in the OR according to the compliments and feedback given from our team leaders down to our supervisors. I do however recall one instance that Mr. Seals did not come to work and that was due to some germs he caught and when he informed the supervisor—Mr. Anthony Griffin also known as "Tony" he was told to take the day off.

In early January Mr. Seals was moved to a newly formed sub-department known as the discharge team and all his rooms come back at 100% when inspected for quality.

If you have any questions or require additional information I can be reached at (708) 262-9389 or johnson.w@aol.com

Subscribed and sworn to before me
this _8TH_ day of _JULY_, 20 _14_.

Sincerely,

Warren D. Johnson

_Notary Public_

OFFICIAL SEAL
KELLY A KUZLIK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/14/15

9655 S. Kedzie Ave #1A
Evergreen Park, Illinois 60805
Tel: (708) 262-9389 – Fax: (708) 581-4228

**From:** Johnson, Warren <johnson.w@aol.com>
**To:** kseals12 <kseals12@yahoo.com>
**Subject:** Training
**Date:** Sat, May 17, 2014 1:31 pm

---

I was hired at the same time as Mr . Seals on September 23, 2013 and attest that no training ever took place for the position we currently hold. Our entire group of over twenty new associates was taken to a clean room on the third floor.  With regard to discharges we have yet to receive any formal training.


Warren D. Johnson 

Sent via the Samsung GALAXY S®4, an AT&T 4G LTE smartphone


I was hired at the same time as Mr . Seals on September 23, 2013 and attest that no training ever took place for the position we currently hold. Our entire group of over twenty new associates was taken to a clean room on the third floor.  With regard to discharges we have yet to receive any formal training.

Warren D. Johnson

Sent via the Samsung GALAXY S®4, an AT&T 4G LTE smartphone

Natalee Latona
5-31-14

OFFICIAL SEAL
NATALIE LATONA
Notary Public - State of Illinois
My Commission Expires Mar 26, 2017

| | Type | Status | Pay Code | Start Date | Start Time | End Date | End Time | Reason | Reviewer Comments |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | R | ✗ | | 09/30/2013 | 02:58 | 09/30/2013 | 02:58 | Requesting for the clock n time for 13:39 to be deleted.I wasn't trying to clock n at that time. My start time is at 3:00pm until 11:30pm. Thank you for your help n time. | |
| ☐ | R | ✗ | | 10/11/2013 | 15:00 | 10/11/2013 | 15:00 | | |
| ☐ | | ✗ | SPTO | 11/06/2013 | 15:00 | 11/06/2013 | 23:00 | Feeling sick | |
| ☐ | | ✗ | SPTO | 11/28/2013 | 14:53 | 11/28/2013 | 22:53 | | |
| ☐ | | ✗ | SPTO | 12/03/2013 | 03:00 | 12/03/2013 | 11:00 | | |
| ☐ | | ✗ | SPTO | 12/13/2013 | 03:00 | 12/13/2013 | 11:00 | | |
| ☐ | | ✗ | SPTO | 12/25/2013 | 15:00 | 12/25/2013 | 23:00 | | |
| ☐ | | ✗ | SPTO | 01/01/2014 | 15:00 | 01/01/2014 | 23:00 | | |
| ☐ | | ✗ | SPTO | 01/19/2014 | 15:00 | 01/19/2014 | 23:00 | | |

Hide Selected

# PTO REQUEST

Name:

DATE:

| Date Requested | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| Cancelled Date | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Department records indicate that the leave granted has been earned by the employee in conformity with present hospital policy.

Comments:

_____
Approval Signature/Date

01-0291  1/06

WHITE - Dept.    YELLOW - Director/Manager    PINK - Associate

© 2006 Advocate Health

Advocate Health Care

# Corrective Action Notice

**To:**   Kenneth Seals          **Employee Nbr:** 3517120

**From:**   Anthony Griffin

**Re: (Policy violated)**   Attendance Policy - 90.13.31

**Warning level:**   1

**Effective date:**   2-20-14

---

Mr. Seals you are receiving a level 1 warning for violating Advocate's wide Attendance policy, #90.013.031.   *Spto* (*)

You have been absent on the following dates: 1-18-14, ███████ 2-17-14, and 2-18-14. Your absenteeism has had a significant impact on the department schedules as they had to be adjusted to cover your assignments. Unscheduled time away from work creates an unfair burden on your fellow co-workers and also violates the Behavior of Excellence, therefore will not be tolerated. Also, it does not demonstrate the honor of your commitment to show up to work on time for the shifts that you have been scheduled.

Mr. Seals, this current pattern of absenteeism is unacceptable. It is an expectation that you contribute to the department, site, and system goal achievements. Also it is expected that you follow through on your commitments to work the shifts that you have been scheduled. We expect that you show up to work on time for the shifts that you have been scheduled. Failure to do so may result in further corrective action, up to and including termination.

---

Any further occurrences or policy violations within **6 months** may result in further corrective action up to and including termination.

This Corrective Action may be eligible for Associate Conflict Resolution Program, Advocate System Policy# 90.013.013. Please consult with HR within 7 calendar days from the issuance of this notice to utilize this program.

_____ Manager's Signature _____ Date

_REFUSED TO SIGN_ Associate's Signature __2/20/14__ Date

2/20/14
2/20/14

up to and including termination.

This Corrective Action may be eligible for Associate Conflict Resolution Program, Advocate System Policy# 90.013.013. Please consult with HR within 7 calendar days from the issuance of this notice to utilize this program.

_____ Manager's Signature _____ 5/16/14 _____ Date

_Refuse to Sign_ Associate's Signature _____ 5/16/14 _____ Date

Denise Mag 5/16/14

Attached:

_____

_____

_____

_____

<span>print</span> <span>close</span>



## Advocate Health Care

Inspiring medicine. Changing lives.

# Excuse from Work or School

_____KENNETH SEALS_____ needs to be excused from

__X___ Work
_____ School
_____ Physical activity

Beginning now and through the following date: _____1/18-1/20/14_____

_____ He/she may return to work/school but still avoid physical activity from now until: _____

_____ He/she may return to full physical activity as of: _____

Caregiver's Signature: _____

Date: ___1/18/2014_____

Document Released: 06/13/2002  Document Re-Released: 09/26/2009
ExitCare® Patient Information ©2012 ExitCare, LLC.

| **Subject:** | FW: |
| --- | --- |
| **From:** | Seals, Kenneth (kenneth.seals@advocatehealth.com) |
| **To:** | kseals12@yahoo.com; |
| **Date:** | Saturday, May 17, 2014 7:11 PM |

---

**From:** Seals, Kenneth
**Sent:** Wednesday, April 16, 2014 3:35 AM
**To:** kseals12@yahoo.com
**Subject:** FW:

---

**From:** Seals, Kenneth
**Sent:** Thursday, December 05, 2013 9:44 PM
**To:** Skalnik, Christopher
**Subject:**

Hello, Christopher

I would like to know if possible if i could schedule a meeting with you A.S.A.P do to some concerns that i have may with my department manager is not willing to address with me and a professional matter. phone number 312.420.7300 you could reach out to me at any time.

Thank you

Kenneth Seals

O.R Department

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message and permanently delete the original and any copy of any e-mail and any printout thereof.

**Subject:** FW: This is my statement for the matter that happen on Dec 04,2013

**From:** Seals, Kenneth (kenneth.seals@advocatehealth.com)

**To:** kseals12@yahoo.com;

**Date:** Saturday, May 17, 2014 7:11 PM

---

**From:** Malito, Caitlin
**Sent:** Monday, January 20, 2014 10:26 PM
**To:** Seals, Kenneth
**Subject:** RE: This is my statement for the matter that happen on Dec 04,2013

Kenneth,

Did you talk to Mike when this incident occurred in December?

Also, I spoke with Chris Skalnik and he informed me that you spoke with him regarding your move to the discharge team. The reason you were moved is because there was a need for someone on the discharge team. If you have further concerns regarding this reassignment, please reconnect with Chris to discuss.

Thank you,

Caitlin

**Caitlin Malito M.S.**

caitlin.malito@advocatehealth.com

Advocate Christ Medical Center

Advocate Children's Hospital

Human Resources

Associate Relations Specialist

Phone: 708-684-5159

Alcatel: 41-5159

You're seeing Basic Mail because you're using an unsupported Internet browser.  Upgrade your browser or  get the mobile app for the full Yahoo experience. Don't show this again.

Search Mail    Search Web    Kenneth | Profile ___ Go | Sign Out | Home

| Sent | Contacts | Notepad | Calendar |

Compose
Delete | Reply | Reply All | Forward | Actions ___ Apply

**Inbox** (2)

**Drafts** (7)

Sent

**Spam** (883)    [Empty]

Trash          [Empty]

**My Folders**   [Edit]

Notes

Sponsored

boTax
ose Easy.

TurboTax
TurboTax.com - Official Site

Covestor          **Covestor's 365-day Investment Return Data**
Sponsored         Interested in seeing the 365-day returns of our top

**Re:**
                                              Friday, October 25, 2013 7:07 PM
**From:**  "Kenneth Seals" <kseals12@yahoo.com>

**To:**  "Griffin" Anthony" <anthony2.griffin@advocatehealth.com>

Full Headers Printable View

**1 Files | 36KB | Download All**
JPEG  36KB

image.jpe
g
      Save

No virus threat detected. Download File:image.jpeg

Sent from my iPhone

> On Oct 2, 2013, at 1:13 PM, "Griffin, Anthony" <anthony2.griffin@advocatehealth.com> wrote:
>
> No problem if you can talk with Sterling about it maybe he can help you ... Or I will come back down
there next week... to listen to your concerns....let me know.
>
> Thanks, Tony
>
> Sent from my iPhone
>
>
>> On Oct 2, 2013, at 12:22 PM, "Kenneth Seals" <kseals12@yahoo.com> wrote:
>>
>> Thank you for responding so fast. I also need to talk to you about some concerns i have about some
of my peers.
>>
>> Sent from my iPhone
>>
>>> On Oct 2, 2013, at 12:12 PM, "Griffin, Anthony" <anthony2.griffin@advocatehealth.com> wrote:
>>>
>>> Hey Ken, you will request day off through myself ...also I will make sure your pay check is accurate
don't worry you probable won't see your time right until next week .... Hope I answered all your
question ...
>>>
>>> Thanks, Tony
>>>
>>> Sent from my iPhone
>>>
>>>
>>>> On Oct 2, 2013, at 12:05 PM, "Kenneth Seals" <kseals12@yahoo.com> wrote:
>>>>
>>>> Hello,
>>>> Tony
>>>> I have a few questions. 1. How do I go by requesting days off of work. 2. Who would be the
person that put my time in from last week 23-27, because my time still haven't been put in yet.
>>>>
>>>> Thank you,
>>>>
>>>> Sent from my iPhone
>>>
>>> This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named
herein and may contain legally privileged and/or confidential information. If you are not the intended
recipient of this e-mail (or the person responsible for delivering this document to the intended recipient),
you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any
attachments thereto, is strictly prohibited. If you have received this e-mail in error, please respond to
the individual sending the message and permanently delete the original and any copy of any e-mail and
any printout thereof.
>
> This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein
and may contain legally privileged and/or confidential information. If you are not the intended recipient
of this e-mail (or the person responsible for delivering this document to the intended recipient), you are
hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any
attachments thereto, is strictly prohibited. If you have received this e-mail in error, please respond to

the individual sending the message and permanently delete the original and any copy of any e-mail and any printout thereof.
>
>

Compose

Delete    Reply    Reply All    Forward    Actions    ▦    Apply



you in area that you not responsible for next time mr. seals if have any concerns
next time go to your team leader i than asked Anthony Griffin how would i know
if my concerns been address, Anthony Griffin responded that's something you
got to life with  if you don't like the way thing's are going mr. seals maybe you
should look for you a new job, because this isn't the job for you i'm just trying to
help you be success to make it pass your 90 day's probation. I asked Anthony
griffin if he no longer won't for me to bring my concerns to him or send him
pictures he respond no mr. seals that's not what i'm saying it okay for you to said
picure's. I honestly think Anthony griffin got agitated with me because i was
reporting something on shift when he is here. I have reported issues to Anthony
Griffin by sending picture's never reacted this was he usually would say keep this
between us mr.seals.

I'm fearful that i my lost my job for thinking it was okay for me to bring my
concerns to my supervisor without Anthony Griffin telling me maybe i should
look for a new job.


Kenneth Seals
312.420.7300

This e-mail, and any attachments thereto, is intended only for use
by the addressee(s) named herein and may contain legally
privileged and/or confidential information. If you are not the
intended recipient of this e-mail (or the person responsible for
delivering this document to the intended recipient), you are hereby
notified that any dissemination, distribution, printing or copying of
this e-mail, and any attachments thereto, is strictly prohibited. If
you have received this e-mail in error, please respond to the
individual sending the message and permanently delete the original
and any copy of any e-mail and any printout thereof.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s)
named herein and may contain legally privileged and/or confidential information. If you
are not the intended recipient of this e-mail (or the person responsible for delivering this
document to the intended recipient), you are hereby notified that any dissemination,
distribution, printing or copying of this e-mail, and any attachments thereto, is strictly
prohibited. If you have received this e-mail in error, please respond to the individual
sending the message and permanently delete the original and any copy of any e-mail and
any printout thereof.

Compose               Delete   Reply   Reply All   Forward   Actions        Apply

You're seeing Basic Mail because you're using an unsupported Internet browser.  Upgrade your browser or  get the mobile app for the full Yahoo experience.
Don't show this again.

| | Search Mail | Search Web | Kenneth | Profile | Go | Sign Out | Home |

Compose

| Sent | Contacts | Notepad | Calendar |

**Inbox (1)**

Delete  Reply  Reply All  Forward  Actions

SNHU.EDU
Sponsored    Apply    Earn a degree you can be proud of from
Dedicated team of advisors. Over 200 online

Drafts (7)

Sent

Spam (883)    [Empty]

Trash    [Empty]

**My Folders**    [Edit]

Notes

※ Sponsored

UNIVERSITY OF
SAN FRANCISCO

University San Francisco
Online Master of Public
Administration

**Re: This is my statement for the matter that happ
en on Dec 04,2013**    Friday, January 31, 2014 4:17 PM

| Content-Type: | multipart/alternative; boundary=Apple-Mail-494D51EE-731A-486C-8338-2E6FE429C636 |
| Content-Transfer-Encoding: | 7bit |
| From: | Kenneth Seals <kseals12@yahoo.com> |
| Mime-Version: | 1.0 (1.0) |
| Subject: | Re: This is my statement for the matter that happen on Dec 04,2013 |
| Message-Id: | <7229B5A1-C2E7-4E60-A839-67B7FCC1F916@yahoo.com> |
| Date: | Fri, 31 Jan 2014 16:17:53 -0600 |
| References: | <586991b38b3c4c3582e65c803f0b71da@BN1PR07MB440.namprd07.prod.outlook.com <248242FB-F7FB-480A-A8E8-3BC2FCDD2F4D@yahoo.com> <c5fde4c9419c4d7ebb48b2884c47d046@BN1PR07MB440.namprd07.prod.outlook. |
| In-Reply-To: | <c5fde4c9419c4d7ebb48b2884c47d046@BN1PR07MB440.namprd07.prod.outlook.com |
| To: | "Anderson, Ronnie" <ronnie.anderson@advocatehealth.com> |
| Content-Length: | 45111 |

Compact Headers  Printable View

Thank you Ronnie .!

Sent from my iPhone

On Jan 31, 2014, at 3:45 PM, "Anderson, Ronnie" <ronnie.anderson@advocatehealth.com> wrote:

That is great!!!  Nothing new just yet.

**Ronnie Anderson**
**Strategic Staffing Consultant**
**Human Resources | Recruitment & Staffing**
**Advocate Christ Medical Center | 4440 W. 95th Street | Oak Lawn, IL 60453**
**Advocate Children's Hospital |Oak Lawn Campus and Park Ridge Campus**
**708/684/1026 ph. | 708/684/4006 fx.**
ronnie.anderson@advocatehealth.com
**To apply online go to:  www.advocatehealth.com**

**A Magnet Medical Center since 2005!**
**Inspiring medicine.  Changing lives.**
<image001.jpg><image002.jpg>

―――――――――――――――――――――――

**From:** Kenneth Seals [mailto:kseals12@yahoo.com]
**Sent:** Tuesday, January 28, 2014 7:38 PM
**To:** Anderson, Ronnie
**Subject:** Re: This is my statement for the matter that happen on Dec 04,2013

Hello, Ronnie

Just checking back with you to see any positions came up that I make qualify
for!? I start my Cna class on Monday.

Thank you

Sent from my iPhone

On Jan 22, 2014, at 3:20 PM, "Anderson, Ronnie" <ronnie.anderson@advocatehealth.com> wrote:

She sent it on the 20th, see below.

**Ronnie Anderson**
**Strategic Staffing Consultant**
**Human Resources | Recruitment & Staffing**
**Advocate Christ Medical Center | 4440 W. 95th Street | Oak Lawn, IL 60453**
**Advocate Children's Hospital |Oak Lawn Campus and Park Ridge Campus**
**708/684/1026 ph. | 708/684/4006 fx.**
**ronnie.anderson@advocatehealth.com**
**To apply online go to:  www.advocatehealth.com**

**A Magnet Medical Center since 2005!**
            **Inspiring medicine.  Changing lives.**
<image004.jpg><image005.jpg>

---

**From:** Malito, Caitlin
**Sent:** Wednesday, January 22, 2014 3:19 PM
**To:** Anderson, Ronnie
**Subject:** FW: This is my statement for the matter that happen on Dec 04,2013

FYI

Caitlin Canavan Malito, M.S.
caitlin.malito@advocatehealth.com
Advocate Christ Medical Center
Advocate Children's Hospital
Human Resources
Associate Relations Specialist
Phone: 708-684-5159
Alcatel: 4I-5159

---

**From:** Malito, Caitlin
**Sent:** Monday, January 20, 2014 4:26 PM
**To:** Seals, Kenneth
**Subject:** RE: This is my statement for the matter that happen on Dec 04,2013

Kenneth,

Did you talk to Mike when this incident occurred in December?

Also, I spoke with Chris Skalnik and he informed me that you spoke with him regarding your move to the discharge team. The reason you were moved is because there was a need for someone on the discharge team. If you have further concerns regarding this reassignment, please reconnect with Chris to discuss.

Thank you,
Caitlin

**Caitlin Malito M.S.**
caitlin.malito@advocatehealth.com
Advocate Christ Medical Center
Advocate Children's Hospital
Human Resources
Associate Relations Specialist
Phone: 708-684-5159

Alcatel: 41-5159

<image003.jpg>

---

**From:** Anderson, Ronnie
**Sent:** Friday, January 17, 2014 2:02 PM
**To:** Seals, Kenneth
**Cc:** Malito, Caitlin
**Subject:** RE: This is my statement for the matter that happen on Dec 04,2013

Thanks so much Kenneth, Caitlin please see below.  thanks

**Ronnie Anderson**
**Strategic Staffing Consultant**
**Human Resources | Recruitment & Staffing**
**Advocate Christ Medical Center | 4440 W. 95th Street | Oak Lawn,**
**IL 60453**
**Advocate Children's Hospital |Oak Lawn Campus and Park Ridge**
**Campus**
**708/684/1026 ph. | 708/684/4006 fx.**
**ronnie.anderson@advocatehealth.com**
**To apply online go to:  www.advocatehealth.com**

**A Magnet Medical Center since 2005!**
       **Inspiring medicine.  Changing lives.**
<image004.jpg><image005.jpg>

---

**From:** Seals, Kenneth
**Sent:** Friday, January 17, 2014 1:44 PM
**To:** Anderson, Ronnie
**Subject:** FW: This is my statement for the matter that happen on Dec 04,2013

---

**From:** Seals, Kenneth
**Sent:** Saturday, December 07, 2013 2:22 AM
**To:** Michalkowski, Mariusz
**Subject:** This is my statement for the matter that happen on Dec 04,2013

Upon my arrvial on Dec 04, 2013 walking out of the locker room onto the O.R
floor. I  hear for turn over team come to room two we are coming Vicky Herrera
and I immediately go to room two to do the turn over, maria than came into the
room asking if i was free I told her yes. We than walked into the family waiting
room area together marai said kenneth look at the trash it's like if no one have
been over here all day checking on the trash nor cleaned over here me not
kowing what to do i took a pictuer's of the family waiting area  and trash in sent
it to  Anthony Griffin in under the pictuer i typed the morning shift did not take
out the trash. Anthony Griffin  immediately call my team leader asking him if i
bring the issue to him my team leader told Anthony Griffin no which is true. I
have sent Anthony Griffin pictures  before he even give me permission to do so .
after Anthony Griffin got done talking to my team leader he called me i missed
his call then he texted my cell phone asking for me to call him. I called Anthony
Griffin back he picked and asked if i address the issue with my team leader i told
him no. I than explained to Anthony Griffin the reason why i did not take it to
my team leader is because any time i have a concern my team leader always tell
me to bring the issue to you myself.Anthony griffin asked if i address the issue.
I told him yes by sending you the pictures i was addressing the issue anthony
griffin said addressing the issue is you taking care of the problem far as your
taking out the trash let me explain this to you Mr. Seals it's no body job when
you see something that need to be done do it , Anthony Griffin you don't know
who did what it could have been busy.I than explained to Anthony Griffin that
when i clock n at 2:53pm everyday that two of his assocaiates are sitting in the
locker room waiting to clock. my reason of saying that is because that trash could
have been used to do a walk through of the department making sure everything is
done so that the next shift could have a smooth transition. Anthony Griffin
repond if you dont like the way thing's are going maybe you should look for you
a new job Mr.Seals. I asked Anthony Griffin if he was threating me he respond
you take it who you want to take it. I told Anthony Griffin that i apologize for
upsetting him. Anthony Griffin  than respond i'm trying to understand why was

you in area that you not responsible for next time mr. seals if have any concerns next time go to your team leader i than asked Anthony Griffin how would i know if my concerns been address, Anthony Griffin responded that's something you got to life with  if you don't like the way thing's are going mr. seals maybe you should look for you a new job, because this isn't the job for you i'm just trying to help you be success to make it pass your 90 day's probation. I asked Anthony griffin if he no longer won't for me to bring my concerns to him or send him pictures he respond no mr. seals that's not what i'm saying it okay for you to said picure's. I honestly think Anthony griffin got agitated with me because i was reporting something on shift when he is here. I have reported issues to Anthony Griffin by sending picture's never reacted this was he usually would say keep this between us mr.seals.

I'm fearful that i my lost my job for thinking it was okay for me to bring my concerns to my supervisor without Anthony Griffin telling me maybe i should look for a new job.


Kenneth Seals
312.420.7300

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message and permanently delete the original and any copy of any e-mail and any printout thereof.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message and permanently delete the original and any copy of any e-mail and any printout thereof.

Compose            Delete   Reply   Reply All   Forward   Actions          Apply

Alcatel: 41-5159

<image003.jpg>

_____

**From:** Anderson, Ronnie
**Sent:** Friday, January 17, 2014 2:02 PM
**To:** Seals, Kenneth
**Cc:** Malito, Caitlin
**Subject:** RE: This is my statement for the matter that happen on Dec 04,2013

Thanks so much Kenneth, Caitlin please see below.  thanks

**Ronnie Anderson**
**Strategic Staffing Consultant**
**Human Resources | Recruitment & Staffing**
**Advocate Christ Medical Center | 4440 W. 95th Street | Oak Lawn,**
**IL 60453**
**Advocate Children's Hospital |Oak Lawn Campus and Park Ridge**
**Campus**
**708/684/1026 ph. | 708/684/4006 fx.**
**ronnie.anderson@advocatehealth.com**
**To apply online go to:  www.advocatehealth.com**

**A Magnet Medical Center since 2005!**
              **Inspiring medicine.  Changing lives.**
<image004.jpg><image005.jpg>

_____

**From:** Seals, Kenneth
**Sent:** Friday, January 17, 2014 1:44 PM
**To:** Anderson, Ronnie
**Subject:** FW: This is my statement for the matter that happen on Dec 04,2013

_____

**From:** Seals, Kenneth
**Sent:** Saturday, December 07, 2013 2:22 AM
**To:** Michalkowski, Mariusz
**Subject:** This is my statement for the matter that happen on Dec 04,2013

Upon my arvial on Dec 04, 2013 walking out of the locker room onto the O.R floor. I  hear for turn over team come to room two we are coming Vicky Herrera and I immediately go to room two to do the turn over, maria than came into the room asking if i was free I told her yes. We than walked into the family waiting room area together marai said kenneth look at the trash it's like if no one have been over here all day checking on the trash nor cleaned over here me not kowing what to do i took a pictuer's of the family waiting area  and trash in sent it to  Anthony Griffin in under the pictuer i typed the morning shift did not take out the trash. Anthony Griffin  immediately call my team leader asking him if i bring the issue to him my team leader told Anthony Griffin no which is true. I have sent Anthony Griffin pictures  before he even give me permission to do so . after Anthony Griffin got done talking to my team leader he called me i missed his call then he texted my cell phone asking for me to call him. I called Anthony Griffin back he picked and asked if i address the issue with my team leader i told him no. I than explained to Anthony Griffin the reason why i did not take it to my team leader is because any time i have a concern my team leader always tell me to bring the issue to you myself.Anthony griffin asked if i address the issue. I told him yes by sending you the pictures i was addresing the issue anthony griffin said addressing the issue is you taking care of the problem far as your taking out the trash let me explain this to you Mr. Seals it's no body job when you see something that need to be done do it , Anthony Griffin you don't know who did what it could have been busy.I than explained to Anthony Griffin that when i clock n at 2:53pm everyday that two of his assocaiates are sitting in the locker room waiting to clock. my reason of saying that is because that trash could have been used to do a walk through of the department making sure everything is done so that the next shift could have a smooth transition. Anthony Griffin repond if you dont like the way thing's are going maybe you should look for you a new job Mr.Seals. I asked Anthony Griffin if he was threating me he respond you take it who you want to take it. I told Anthony Griffin that i apologize for upsetting him. Anthony Griffin  than respond i'm trying to understand why was

Thank you

Sent from my iPhone

On Jan 22, 2014, at 3:20 PM, "Anderson, Ronnie"
<ronnie.anderson@advocatehealth.com> wrote:

> She sent it on the 20th, see below.

**Ronnie Anderson**
**Strategic Staffing Consultant**
**Human Resources | Recruitment & Staffing**
Advocate Christ Medical Center | 4440 W. 95th Street | Oak Lawn,
IL 60453
**Advocate Children's Hospital |Oak Lawn Campus and Park Ridge**
**Campus**
708/684/1026 ph. | 708/684/4006 fx.
ronnie.anderson@advocatehealth.com
To apply online go to:  www.advocatehealth.com

A Magnet Medical Center since 2005!
        Inspiring medicine.  Changing lives.
<image004.jpg><image005.jpg>

**From:** Malito, Caitlin
**Sent:** Wednesday, January 22, 2014 3:19 PM
**To:** Anderson, Ronnie
**Subject:** FW: This is my statement for the matter that happen on Dec 04,2013

FYI

Caitlin Canavan Malito, M.S.
caitlin.malito@advocatehealth.com
Advocate Christ Medical Center
Advocate Children's Hospital
Human Resources
Associate Relations Specialist
Phone: 708-684-5159
Alcatel: 41-5159

**From:** Malito, Caitlin
**Sent:** Monday, January 20, 2014 4:26 PM
**To:** Seals, Kenneth
**Subject:** RE: This is my statement for the matter that happen on Dec
04,2013

Kenneth,

Did you talk to Mike when this incident occurred in December?

Also, I spoke with Chris Skalnik and he informed me that you spoke with
him regarding your move to the discharge team. The reason you were
moved is because there was a need for someone on the discharge team. If
you have further concerns regarding this reassignment, please reconnect
with Chris to discuss.

Thank you,
Caitlin

**Caitlin Malito M.S.**
caitlin.malito@advocatehealth.com
Advocate Christ Medical Center
Advocate Children's Hospital
Human Resources
Associate Relations Specialist
Phone: 708-684-5159

You're seeing Basic Mail because you're using an unsupported Internet browser. Upgrade your browser or get the mobile app for the full Yahoo experience.
Don't show this again.

Search Mail   Search Web   Kenneth   Profile   Go   Sign Out   Home

Sent   Contacts   Notepad   Calendar

Compose

Inbox (1)
Delete   Reply   Reply All   Forward   Actions

Drafts (7)

Sent

Spam (883)        [Empty]

Trash             [Empty]

My Folders        [Edit]

Notes

Sponsored

UNIVERSITY OF
SAN FRANCISCO

University San Francisco
Online Master of Public
Administration

SNHU.EDU        Earn a degree you can be proud of from
Sponsored       Dedicated team of advisors. Over 200 online

Apply

**Re: This is my statement for the matter that happ
en on Dec 04,2013**                         Friday, January 31, 2014 4:17 PM

| | |
|---|---|
| Content-Type: | multipart/alternative; boundary=Apple-Mail-494D51EE-731A-486C-8338-2E6FE429C636 |
| Content-Transfer-Encoding: | 7bit |
| From: | Kenneth Seals <kseals12@yahoo.com> |
| Mime-Version: | 1.0 (1.0) |
| Subject: | Re: This is my statement for the matter that happen on Dec 04,2013 |
| Message-Id: | <7229B5A1-C2E7-4E60-A839-67B7FCC1F916@yahoo.com> |
| Date: | Fri, 31 Jan 2014 16:17:53 -0600 |
| References: | <586991b38b3c4c3582e65c803f0b71da@BN1PR07MB440.namprd07.prod.outlook.cor <248242FB-F7FB-480A-A8E8-3BC2FCDD2F4D@yahoo.com> <c5fde4c9419c4d7ebb48b2884c47d046@BN1PR07MB440.namprd07.prod.outlook> |
| In-Reply-To: | <c5fde4c9419c4d7ebb48b2884c47d046@BN1PR07MB440.namprd07.prod.outlook> |
| To: | "Anderson, Ronnie" <ronnie.anderson@advocatehealth.com> |
| Content-Length: | 45111 |

Compact Headers  Printable View

Thank you Ronnie .!

Sent from my iPhone

On Jan 31, 2014, at 3:45 PM, "Anderson, Ronnie" <ronnie.anderson@advocatehealth.com> wrote:

> That is great!!!  Nothing new just yet.
>
> **Ronnie Anderson**
> **Strategic Staffing Consultant**
> **Human Resources | Recruitment & Staffing**
> **Advocate Christ Medical Center | 4440 W. 95th Street | Oak Lawn, IL 60453**
> **Advocate Children's Hospital |Oak Lawn Campus and Park Ridge Campus**
> **708/684/1026 ph. | 708/684/4006 fx.**
> ronnie.anderson@advocatehealth.com
> **To apply online go to:  www.advocatehealth.com**
>
> **A Magnet Medical Center since 2005!**
>        **Inspiring medicine.  Changing lives.**
> <image001.jpg><image002.jpg>

---

**From:** Kenneth Seals [mailto:kseals12@yahoo.com]
**Sent:** Tuesday, January 28, 2014 7:38 PM
**To:** Anderson, Ronnie
**Subject:** Re: This is my statement for the matter that happen on Dec 04,2013

Hello, Ronnie

Just checking back with you to see of any positions came up that I make qualify
for!? I start my Cna class on Monday.

Hello Ronnie

Have you received my email that I
sent you on yesterday far as the
positions that I applied for at
Christ !

Sent from my iPhone

This e-mail, and any attachments
thereto, is intended only for use
by the addressee(s) named
herein and may contain legally
privileged and/or confidential
information. If you are not the
intended recipient of this e-mail
(or the person responsible for
delivering this document to the
intended recipient), you are
hereby notified that any
dissemination, distribution,
printing or copying of this e-mail,
and any attachments thereto, is
strictly prohibited. If you have
received this e-mail in error,
please respond to the individual
sending the message and
permanently delete the original
and any copy of any e-mail and
any printout thereof.

This e-mail, and any attachments thereto, is
intended only for use by the addressee(s)
named herein and may contain legally
privileged and/or confidential information. If you
are not the intended recipient of this e-mail (or
the person responsible for delivering this
document to the intended recipient), you are
hereby notified that any dissemination,
distribution, printing or copying of this e-mail,
and any attachments thereto, is strictly
prohibited. If you have received this e-mail in
error, please respond to the individual sending
the message and permanently delete the
original and any copy of any e-mail and any
printout thereof.

This e-mail, and any attachments thereto, is intended only for
use by the addressee(s) named herein and may contain
legally privileged and/or confidential information. If you are
not the intended recipient of this e-mail (or the person
responsible for delivering this document to the intended
recipient), you are hereby notified that any dissemination,
distribution, printing or copying of this e-mail, and any
attachments thereto, is strictly prohibited. If you have
received this e-mail in error, please respond to the individual
sending the message and permanently delete the original and
any copy of any e-mail and any printout thereof.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s)
named herein and may contain legally privileged and/or confidential information. If you
are not the intended recipient of this e-mail (or the person responsible for delivering this
document to the intended recipient), you are hereby notified that any dissemination,
distribution, printing or copying of this e-mail, and any attachments thereto, is strictly
prohibited. If you have received this e-mail in error, please respond to the individual
sending the message and permanently delete the original and any copy of any e-mail and
any printout thereof.

Compose          Delete   Reply   Reply All   Forward   Actions          Apply

A Magnet Medical Center since 2005!
       Inspiring medicine.  Changing lives.

-----Original Message-----

From: Kenneth Seals [mailto:kseals12@yahoo.com]

Sent: Wednesday, March 12, 2014 4:27 PM

To: Anderson, Ronnie

Subject: Re: RE:

Okay just checking, because I know on yesterday you told me that the positions that I have applied for was at other locations! Question do you only handle or deal with EVS as far as giving job offers !?

Sent from my iPhone

On Mar 12, 2014, at 4:23 PM, "Anderson, Ronnie" <ronnie.anderson@advocatehealth.com> wrote:

Yes, you are in processes for those still if the recruiter is interested they will call you. Those are not areas handle.

Ronnie Anderson

Strategic Staffing Consultant

Human Resources | Recruitment & Staffing Advocate Christ Medical

Center | 4440 W. 95th Street | Oak Lawn, IL 60453 Advocate Children's

Hospital |Oak Lawn Campus and Park Ridge Campus

708/684/1026 ph. | 708/684/4006 fx.

ronnie.anderson@advocatehealth.com

To apply online go to: www.advocatehealth.com

A Magnet Medical Center since 2005!
       Inspiring medicine. Changing lives.

-----Original Message-----

From: Kenneth Seals [mailto:kseals12@yahoo.com]

Sent: Wednesday, March 12, 2014 2:17 PM

To: Anderson, Ronnie

Subject:

**To:** "Anderson, Ronnie" <ronnie.anderson@advocatehealth.com>
**Subject: Re: RE: RE: RE:**

Hello, Ronnie

i wanted to know if possible could you review the job positions that I have been applying for. I have now been with the company for 7 months been doing applications every sense than in no one still haven't reviewed my job applications that I have been submitting for new job offers. If possible can you tell me if I'm applying for the job positions the correct way as a advocate worker! Thank you

Sent from my iPhone

On Mar 12, 2014, at 6:49 PM, "Anderson, Ronnie" <ronnie.anderson@advocatehealth.com> wrote:

Medical Records

Ronnie Anderson

Strategic Staffing Consultant

Human Resources | Recruitment & Staffing

Advocate Christ Medical Center | 4440 W. 95th Street | Oak Lawn, IL 60453

Advocate Children's Hospital |Oak Lawn Campus and Park Ridge Campus

708/684/1026 ph. | 708/684/4006 fx.

ronnie.anderson@advocatehealth.com

To apply online go to: www.advocatehealth.com

A Magnet Medical Center since 2005!

Inspiring medicine. Changing lives.

-----Original Message-----

From: Kenneth Seals [mailto:kseals12@yahoo.com]

Sent: Wednesday, March 12, 2014 6:40 PM

To: Anderson, Ronnie

Subject: Re: RE: RE:

Question, so the information scanner tech is not apart of nursing or would that be medical records!?

Sent from my iPhone

On Mar 12, 2014, at 5:21 PM, "Anderson, Ronnie" <ronnie.anderson@advocatehealth.com> wrote:

No, I do all of Nursing.

Ronnie Anderson

Strategic Staffing Consultant

Human Resources | Recruitment & Staffing Advocate Christ Medical

Center | 4440 W. 95th Street | Oak Lawn, IL 60453 Advocate Children's

Hospital |Oak Lawn Campus and Park Ridge Campus

708/684/1026 ph. | 708/684/4006 fx.

ronnie.anderson@advocatehealth.com

To apply online go to: www.advocatehealth.com

You're seeing Basic Mail because you're using an unsupported Internet browser.  Upgrade your browser or  get the mobile app for the full Yahoo experience.  Don't show this again.

| | Search Mail | Search Web | Kenneth | Profile | Go | Sign Out | Home |

| Sent | Contacts | Notepad | Calendar |

Compose
Delete  Reply  Reply All  Forward  Actions ▾  | Apply

**Inbox (1)**

**Drafts (7)**

Sent

**Spam (883)**  [Empty]

Trash  [Empty]

**My Folders**  [Edit]

Notes

✳ Sponsored

The Easy Loan Site
If Banks Knew You Did This,
They'd Freak

Wealthfront — Sponsored    **"Random Walk"'s Author About the Market**
Wealthfront is the world's largest & fastest-

**Re: RE: Re: RE: RE: RE:**     Friday, April 25, 2014 2:55 PM

| Content-Type: | multipart/alternative; boundary=Apple-Mail-00268798-F5D5-499F-99CD-8B71D188444B |
| Content-Transfer-Encoding: | 7bit |
| From: | Kenneth <kseals12@yahoo.com> |
| Mime-Version: | 1.0 (1.0) |
| Subject: | Re: RE: Re: RE: RE: RE: |
| Message-Id: | <AF7223CA-0A62-4784-AD3C-0C728B8B3D98@yahoo.com> |
| Date: | Fri, 25 Apr 2014 15:55:49 -0500 |
| References: | <63109290-9E8F-4A0A-8778-3064C172E21D@yahoo.com> <5F9A624E-0FB1-4B4A-8B92-13FDA92C2262@yahoo.com> <2b2fcf68cb7e4b309d4a0dcaf0b12f55@BN1PR07MB440.namprd07.prod.outlook.com> |
| In-Reply-To: | <2b2fcf68cb7e4b309d4a0dcaf0b12f55@BN1PR07MB440.namprd07.prod.outlook.com> |
| To: | "Anderson, Ronnie" <ronnie.anderson@advocatehealth.com> |
| Content-Length: | 42582 |

Compact Headers  Printable View

Thank I called

Sent from my iPhone

On Apr 25, 2014, at 1:13 PM, "Anderson, Ronnie" <ronnie.anderson@advocatehealth.com> wrote:

> I think it would be better if I give you a number to call to follow up on your applications 847-685-1447.  If you are qualified for the position you will receive an email or a phone screen for the position.  If  you are not hearing anything back, please remember that many people apply to these positions and all cannot be reached for every job they applied to.  When the positions is fill or if you are not qualified, you will receive an email.
>
> **Ronnie Anderson**
> **Strategic Staffing Consultant**
> **Human Resources | Recruitment & Staffing**
> **Advocate Christ Medical Center | 4440 W. 95th Street | Oak Lawn, IL 60453**
> **Advocate Children's Hospital |Oak Lawn Campus and Park Ridge Campus**
> **708/684/1026 ph. | 708/684/4006 fx.**
> ronnie.anderson@advocatehealth.com
> **To apply online go to:  www.advocatehealth.com**
>
> **A Magnet Medical Center since 2005!**
>       **Inspiring medicine.  Changing lives.**
> <image001.jpg><image002.jpg>
>
>
>
> **From: Kenneth [mailto:kseals12@yahoo.com]**
> **Sent: Friday, April 25, 2014 9:22 AM**
> **To: Anderson, Ronnie**
> **Subject: Fwd: Re: RE: RE: RE:**
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From: Kenneth** <kseals12@yahoo.com>
> > **Date:** April 22, 2014 at 2:04:19 PM CDT



**metropolitan family services**
—— SOUTHEAST CHICAGO ——

3062 EAST 91ST STREET | CHICAGO, IL 60617
PH: 773-371-2900 | F: 773-371-2950
www.metrofamily.org

December 9, 2014

Kenneth Seals
7618 S. Kingston        Apt. 1E
Chicago, IL. 60619

Dear Kenneth Seals,

This is to confirm your intake appointment on **December 18, 2014 at 2 p.m.**

If you are unable to keep this appointment and would like to cancel or reschedule, please call 773-371-2900 at least 24 hours before your appointment to avoid a cancellation fee. Please come prepared by bringing your photo ID and medical card for all appointments.

If you have any questions, please feel free to call me at 773-371-2900.

Sincerely,

Lilia Gutierrez
Case Manager

*families empowered to learn. to earn. to heal. to thrive.*